THE STATE v. RUSSELL, *Appellant.*

Division Two, November 5, 1894.

Criminal Practice; BILL OF EXCEPTIONS: VACATION FILING. Where the bill of exceptions was filed in vacation without an order of record entered in term time permitting such filing in vacation, and there is no error of record proper, the judgment will be affirmed.

*Appeal from Greene Criminal Court.*—HON. JAS. J. GIDEON, Judge.

AFFIRMED.

*R. F. Walker,* Attorney General, for the state.

(1) The well established rule in this state is that the bill of exceptions must be filed during the term at which the defendant's appeal was allowed, unless otherwise ordered by the court, and that in no event can the defendant file his bill of exceptions in vacation except by permission of the court entered of record. *State v. Berry,* 103 Mo. 367; *Webster Co. v. Cunning-*

*ham*, 101 Mo. 642; R. S. 1889, sec. 2168. (2) There is no error in the record proper. The indictment follows the language of the statute under which it is drawn, and clearly and sufficiently charges the crime of which the defendant has been convicted. R. S. 1889, sec. 3489.

SHERWOOD, J.—This cause originated in Christian county. Indicted there for an assault with intent to kill one William McElhaney, defendant changed his venue to Greene county, where, upon trial, his conviction and sentence followed, and he appeals to this court.

The indictment is valid on its face, and the record proper regular, which must result in an affirmance of the judgment, because the bill of exceptions was filed in vacation and no order of record entered in term time permitting the filing of the bill in vacation was made. *State v. Berry*, 103 Mo. 367; R. S. 1889, sec. 2168; *State v. Ryan*, 120 Mo. 88. All concur.

